**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:08 CR 89** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JONATHAN S. SOLONCHE,** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT.** | ) | |

On March 17, 2008, United States Magistrate Judge George J. Limbert issued a Report and Recommendation (Dkt. # 8) regarding the plea hearing and the plea agreement of Jonathan S. Solonche, which was referred to the Magistrate Judge with the consent of the parties.

On February 22, 2008, the Government filed an information against Solonche. (Dkt. # 1). On March 14, 2008, the Magistrate Judge held a hearing in which the Defendant entered guilty pleas to the following: Count 1, attempted tax evasion, in violation of 26 U.S.C. § 7201. The Magistrate Judge received the Defendant's guilty plea and issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding of guilty (Dkt. # 8).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was

H:\08-89.Solonche.AdoptRR.wpd

issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's guilty plea is approved.

Therefore, the Defendant is adjudged guilty of Count 1. The sentencing will be held on July 14, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

                                             **/s Peter C. Economus – July 11, 2008**
                                             **PETER C. ECONOMUS**
                                             **UNITED STATES DISTRICT JUDGE**